## UNITED STATES
### v.
### SLOOP THREE SISTERS AND ONE LARGE BATTEAU

1809

JOURNAL ENTRIES

1. Libel filed . . . . . . . . . . . . *Journal, infra,* \*p. 224
2. Claim; decree . . . . . . . . . . . " 243
3. Witness fees allowed . . . . . . . . . " 243
4. Witness fees allowed . . . . . . . . . " 244

PAPERS IN FILE
[None]

## UNITED STATES
### v.
### GABRIEL GODFROY

1809

JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 225
2. Rule to plead . . . . . . . . . . . " 232
3. Judgment . . . . . . . . . . . . " 311

PAPERS IN FILE
[None]